CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

September 13, 2024
LAURA A. AUSTIN, CLERK
BY: /s/T. Taylor
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| GREGORY ALLEN KERSEY, | ) |
| Plaintiff, | ) Case No. 7:24-cv-00427 |
| v. | ) **MEMORANDUM OPINION** |
| ROCKBRIDGE REGIONAL JAIL, | ) By: Hon. Thomas T. Cullen |
| | ) United States District Judge |
| Defendant. | ) |

Plaintiff Gregory Allen Kersey, proceeding *pro se*, filed a civil-rights action under 42 U.S.C. § 1983 naming the Rockbridge Regional Jail as the sole defendant. (*See* Compl. [ECF No. 1].) Because a jail is not a "person" subject to suit under § 1983, *see Perdue v. Penalosa*, 38 F.3d 1213, 1213 (4th Cir. 1994), the Court advised Plaintiff that his complaint failed to state a claim for relief under § 1983 against the named defendant and ordered Plaintiff to file an amended complaint correcting this deficiency. (*See* Order, July 19, 2024 [ECF No. 5].)

Plaintiff subsequently filed an amended complaint which largely restates the limited allegations in his original complaint and which, again, names only the Rockbridge Regional Jail as the defendant. (*See* Am. Compl. [ECF No. 6].) Because Plaintiff's amended complaint did not correct the identified deficiency and still fails to state a claim under § 1983 against the named defendant, the Court will dismiss this action under 28 U.S.C. § 1915A(b)(1).

The Clerk is directed to forward a copy of this Memorandum Opinion and accompanying Order to Plaintiff.

**ENTERED** this 13th of September, 2024.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE